DELIA DOLLENDORF, Respondent, v. CITY OF BUFFALO, Appellant.— Judgment reversed on the law, with costs, and complaint dismissed, with costs, upon the

authority of *Ayers* v. *City of Buffalo* (233 App. Div. 330); *Squaw Island F. & T. Co., Inc.*, v. *City of Buffalo* (133 Misc. 64); *Ponsrok* v. *City of Yonkers* (254 N. Y. 91) and *Lewis* v. *City of New York* (278 id. 517). All concur. (The judgment is for plaintiff in an action for damages for personal injuries sustained by reason of slipping on ice on a sidewalk.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.